**Order entered December 17, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00894-CV

**ERIC DRAKE, Appellant**

**V.**

**SUNHEE PI, ET AL., Appellees**

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-09-01374-E**

## ORDER

Before the Court is appellant's December 3, 2013 motion to produce the tape recording of the May 31, 2013 hearing and the exhibits admitted at that hearing. Appellant claims the reporter's record that has been filed contains inaccuracies and does not include the exhibits. We request that appellees file a response, on or before **JANUARY 3, 2014,** to appellant's contention in his motion that important dialog is missing from the reporter's record.

The reporter's record filed does not contain the exhibits. We **GRANT** appellant's motion **TO THE EXTENT** that he requests that the exhibits be filed. We **ORDER** Vikki Ogden, Official Court Reporter for County Court at Law No. 5 of Dallas County, Texas, to file, **ON OR BEFORE JANUARY 3, 2014**, a supplemental reporter's record containing the exhibits admitted into evidence at the May 31, 2013 hearing.

In an order dated October 24, 2013, the Court determined that appellant was allowed to proceed without advance payment of costs and ordered the clerk's record to be filed by November 25, 2013.  As of today's date, the clerk's record has not been filed.  Accordingly, we again **ORDER** John Warren, Dallas County Clerk, to file **ON OR BEFORE JANUARY 3, 2014**, the clerk's record.

We **ORDER** the Clerk of this Court to send a copy of this order, by electronic transmission, to John Warren, Vikki Ogden, and counsel for appellees, and by first-class mail to appellant.

/s/ ADA BROWN
   JUSTICE